

27–274781 Misc. No. 12–8011/AR.   U.S. v. Charles A. Graner, Jr.   On consideration of the writ-appeal petition, it is ordered that said petition is denied.

No. 11–0420/AR.   U.S. v. Cody T. Smith.   CCA 20100646.   Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENTS FROM SPECIFICATIONS 1 AND 2 OF CHARGE II CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.   ARE THE CHARGES FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 11–0427/AR.   U.S. v. Nicholas A. Patla.   CCA 20100809.   Review granted on the following issue: